**Lester Jon RUSTON, Appellant**

v.

**George W. BUSH, Appellee.**

**No. 08–5168.**

United States Court of Appeals, District of Columbia Circuit.

Nov. 5, 2008.

Rehearing and Rehearing En Banc Denied Jan. 14, 2009.

Lester Jon Ruston, Federal Medical Center, Ayer, MA, pro se.

Warden (Devens), Federal Medical Center, Ayer, MA, for Appellant.

BEFORE: SENTELLE, Chief Judge, and HENDERSON, Circuit Judge, and RANDOLPH, Senior Circuit Judge.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed on March 25, 2008, be affirmed. The district court properly dismissed this action as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B), because the allegations lack an arguable basis either in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989). The complaint contains factual allegations that are so implausible as to be "fantastic or delusional." *Id.* at 328, 109 S.Ct. 1827.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.